ORDERED UNSEALED on 6/27/25    s/ andreasar

**SEALED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM HAROLD HERMAN,<br><br>Defendant. | Magistrate Case No.: **24mj2785**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct<br><br>Title 18, U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count One

On or about March 19, 2024, within the Southern District of California, defendant WILLIAM HAROLD HERMAN, did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count Two

From a time unknown through on or about July 16, 2024, within the Southern District of California, defendant WILLIAM HAROLD HERMAN, did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and

affecting interstate and foreign commerce, and which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Jianna Zeolla, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this this 23rd day of July, 2024.

_____
HONORABLE MICHAEL S. BERG
United States Magistrate Judge

STATEMENT OF FACTS

I have been employed as a Special Agent (SA) with Homeland Security Investigations (HSI) since May 2021. I am currently assigned to the HSI Office of the Special Agent in Charge (SAC) San Diego, California Child Exploitation Group. I have a bachelor's degree in political science from the University of California San Diego. I have received training from the Federal Law Enforcement Training Center in the area of child pornography investigations and pedophile behavior. I received basic training from HSI regarding cybercrime investigations. I have assisted the San Diego Internet Crimes Against Children task force which includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigations, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office. As an HSI SA assigned to the Child Exploitation group, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have participated in the service of numerous search warrants involving child exploitation and/or child pornography offenses and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media. As a federal agent, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including the distribution and transportation of child pornography. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents and officers within HSI.

On February 14, 2024, an HSI SA was acting in an undercover capacity, hereinafter referred to as Undercover Agent (UCA), as a user on Application Y[1]. UCA's online identity claimed to be an adult individual who had access to a minor child. While in Application Y, UCA observed a user communicating with others. The user, with the username "Pdprv2015" (Target User), was observed commenting in a group chat where Target User was communicating with other members in the group chat who were actively posting child pornography. Specifically, in response to another Application Y user who had posted a file depicting child pornography, Target User responded with a message that read, "This boy is so fucking beautiful, omg. I'd sissify him." Target User directly followed with a second message that read, "He's to pretty to be a boy, I'd nurse his clit all day."

Following these comments, UCA sent a private chat request to the Target User which was accepted by the Target User in March 2024. During this chat conversation, UCA informed the Target User that he/she had access to a four-year old female child and resided in the state of North Carolina. The Target User made the following statements to UCA:

a) Target User stated he was "52 bi m usa, lifelong ped, luv all peds and sissies n trans."

b) Target User stated he is currently in San Diego, CA but, he is moving to Wilmington.

c) Target User stated he is divorced but has a girlfriend.

d) Target User stated his name is Bill.

---

[1] The actual name of Application Y and the live chatroom are known to law enforcement and its functions are detailed above. The live chat rooms located on Application Y remain active, and disclosure of the name of the live chat room name and encrypted instant messaging application would potentially alert its users to the fact that law enforcement action is being taken against users on Application Y, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the encrypted instant messaging application will be identified herein as Application Y.

e) Target User described himself as "5'10" inches tall, 170, salt n blue."

f) Target User stated he does "10 miles on a bike everyday."

Based on my training experience I know that "ped" is short for the word pedophile which means an individual that has a sexual interest in children.

On March 19, 2024, Target User distributed six digital files to UCA using the private messaging forum on Application Y. The digital files depict minors engaged in sexually explicit conduct which constitutes child pornography as defined in 18 U.S.C. § 2256. Two of the six files are summarized below:

**File Name:** MV_1710881384911.mp4

**Description:** This video file depicts a close-up of a prepubescent female child, fully nude, laying on a bed, while an adult male orally copulates her.

**File Name:** 6d5be190-e634-11ee-9618-07234cf3fc89.mp4

**Description:** This video file depicts a prepubescent female, kneeling on a bed and exposing her anus and vagina. An adult white male, wearing a red and blue t-shirt, with dark brown hair and a dark brown beard is depicted laying his head underneath her while orally copulating the prepubescent female.

On or about March 29, 2024, HSI Cyber Crimes Center (C3), Child Exploitation Investigative Unit (CEIU) submitted a request to HSI Rome for assistance in obtaining subscriber information associated with Target User on Application Y. HSI Rome submitted the Target User's Application Y ID and username to Application Y.

On or about April 16, 2024, HSI C3/CEIU information received the Android device ID, a push token[2] identifier (GCM ID)[3], as well as the date and time of last login from Application Y.

On April 18, 2024, the United States Attorney's Office (USAO) in the Western District of North Carolina (WDNC) applied for a court order to receive certain records and information for the Google account with the GCM ID associated to Target User.

On or about April 22, 2024, Google responded and provided the subscriber information associated with the previously mentioned GCM ID. The associated name with the subscriber information is Bill Herman, with an email address, a phone number, a birthdate, and IP activity. This information matches some of the information Target User provided to the UCA. The IP activity identified IP addresses used by Target User to access Application Y. Based on my investigation, I determined the IP addresses were assigned by Cox Communications.

Legal process was served on Cox Communications for the five IP addresses described above. According to the response, four of the five IP addresses came back to a subscriber and a residence in Escondido, California, in the Southern District of California. Based on my investigation, I learned the subscriber is an individual associated with Bill Herman.

Legal process was served on Verizon for subscriber and toll information for telephone number associated with Bill Herman. According to the response, the user of

---

[2] A push token ID can be used to identify the device on which an individual has installed and uses Application Y, and receives push notifications from that application. The push token is essential because it allows the app server to communicate with the correct device without knowing its exact location or IP address, ensuring that notifications are delivered reliably to the intended recipients. When users allow a currently installed application to receive notifications, a push token is generated and registered to that developer and device. Push token IDs are unique to each application installation and can change due to application reinstallation, device updates or other factors. Push token requests generally seek identifying details of the Apple or Google Account associated with the device's push token.

[3] Google Cloud Messaging (GCM) Sender ID. A unique numerical value which is created when you configure your Project in the Google Developers Console/ Google Cloud Console.

the number is Bill Herman with an address in Michigan. This information matches communications Target User had with the UCA indicating he grew up in Michigan.

Upon identifying the residence in Escondido, law enforcement agents conducted surveillance and observed a vehicle registered to WILLIAM HAROLD HERMAN at the residence. HERMAN was also seen at the residence, and departing the residence on a bicycle. This information is consistent with Target User's statements to the UCA that he rides a bicycle.

Based on the investigation, a federal search warrant was obtained and the warrant was executed on July 16, 2024. At the time of the execution of the search warrant, HERMAN was at the residence. He was advised of his *Miranda* rights and waived them and agreed to speak with agents. HERMAN admitted to using Application Y but invoked his right to an attorney following a short discussion of Application Y.

Pursuant to the execution of the search warrant, a number of items were seized, including a Samsung Galaxy A51. The Samsung Galaxy A51 was forensically analyzed by HSI Computer Forensics Agents (CFAs). The IMEI on the Samsung Galaxy A51 seized during the residential search warrant matches the IMEI listed in the return from Google. The name of the Samsung Galaxy A51 seized at the residential search warrant was listed as "Bill's Galaxy A51."

An HSI CFA reviewed the files located on the device and a number of images and videos depicting minors engaged in sexually explicit conduct were discovered. Additionally, the Application Y chat application was located on the iPhone. Listed below are four of the files discovered on the Samsung Galaxy A51:

**File Name:** ..-6(1).mp4

**Description:** This video file depicts a prepubescent nude female laying on her back, with the video focused on her genitalia. A pair of adult hands are holding her legs open, while another adult male uses his erect penis to touch the prepubescent female's genitalia. The adult male ejaculates on the genitalia of the prepubescent female.

**File Name:** 4824c8a3-2126-4efc-a349-818c18364abb.mp4

**Description:** This video file depicts am adult female orally copulating a prepubescent female infant.

**File Name:** f652a830-2d15-11ef-a847-634abd3d25e77.mp4

**Description:** This video file depicts an adult male attempting to penetrate a nude prepubescent infant. From the angle of the video, it is unclear if the prepubescent infant is female or male. The adult male thrusts his erect penis between the legs of the infant and rubbing the penis along the infant's back.

**File Name:** e3c3f4312bf335472e68005d4d0e9a72.mp4

**Description:** This video depicts an adult male masturbating while standing over a nude prepubescent male infant. The adult male rubs his erect penis over the infant's penis. The adult male then forces his erect penis into the mouth of the infant and continues to thrust the penis into the mouth while stroking it with his right hand. The adult male then ejaculates into the mouth and on the face of the infant.

The review of the Samsung Galaxy A51 is ongoing, as well as the other devices seized pursuant to the residential search warrant. Based on my training and experience, I know that the use of Application Y requires the use of the internet, which is a means and facility of interstate commerce. I also know that the Samsung Galaxy A51 is not manufactured in the State of California, therefore it has be transported in interstate and foreign commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.